**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Takesha Hayes and Chaka Thompson, Defendants,

Of whom Takesha Hayes is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-000454

―――――――――

Appeal From Charleston County
Alice Anne Richter, Family Court Judge

―――――――――

Unpublished Opinion No. 2024-UP-039
Submitted January 24, 2024 – Filed January 25, 2024

―――――――――

**AFFIRMED**

―――――――――

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Tina W. Dixon, of North Charleston, as the Guardian ad Litem for Takesha Hayes.

Mary Lee Briggs, of Ramsdale Law Firm, of Mount Pleasant; and Regina T. Parvin, of South Carolina Department of Social Services, of Charleston, for Respondent.

Josh Keith Roten, of Summerville, for the Guardian ad Litem for the children.

---

**PER CURIAM:** Takesha Hayes appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hayes's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.